UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-03003-HDV-E | Date | May 15, 2026 |
|---|---|---|---|

| Title | *Barbara S. Shufani v. JPMorgan Chase Bank, N.A.* |
|---|---|

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Daniel Torrez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT [9]; AND GRANTING DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT [11]**

Before the Court is Plaintiff Barbara S. Shufani's, who is proceeding pro se, Motion to Remand Action to State Court [Dkt. 9], and Defendant JPMorgan Chase Bank, N.A.'s Motion To Dismiss Complaint or, Alternatively, for More Definite Statement [Dkt. 11]. Because Plaintiff alleges that Defendant has violated the Fair Credit Billing Act, 15 U.S.C. § 1666 et seq. ("FCBA"), and Regulation Z, 12 CFR Part 1026, for failing to conduct a lawful, good-faith investigation of her billing dispute, the action involves a claim under federal law. *See* Complaint [Dkt. 1-1]. The Court, therefore having original jurisdiction over the action pursuant to 28 U.S.C. § 1331, *denies* the Motion to Remand. Further, because Plaintiff fails to allege any details regarding specific account information, dates, amounts, or any other information that would identify the dispute, the Court *grants* the Defendant's Motion for More Definite Statement. Plaintiff has forty-five days to file an amended complaint.

**IT IS SO ORDERED.**